**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JENNIFER MCCAMBRIDGE,                          CASE NO.: 8:16-cv-03367-MSS-MAP

    Plaintiff,

vs.

BANK OF AMERICA, N.A.,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

    **COMES NOW**, Plaintiff, JENNIFER MCCAMBRIDGE, by and through her undersigned counsel, and hereby files this Notice of Settlement, and states that Plaintiff, JENNIFER MCCAMBRIDGE, and Defendant, BANK OF AMERICA, N.A., have come to an amicable settlement agreement.

Date: **April 27, 2017**

                                    **BOSS LAW**

                                    /s/ *Christopher W. Boss*
                                    **Christopher W. Boss, Esq.**
                                    Fla. Bar No.: 013183
                                    Service Email: cpservice@protectyourfuture.com
                                    9887 Fourth Street North, Suite 202
                                    St. Petersburg, Florida 33702
                                    Phone: (727) 471-0039
                                    Fax: (888) 503-2182
                                    *Attorney and Trial Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 27th day of April, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing

document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              /s/ Christopher W. Boss
                                              Christopher W. Boss (FBN 0013183)