# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JENNIFER MCCAMBRIDGE,   CASE NO.: 8:16-cv-03367-MSS-MAP

    Plaintiff,

vs.

BANK OF AMERICA, N.A.,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby dismiss the above-entitled action and all claims asserted in the action with prejudice, with each party to bear their own fees and costs.

Date: May 19, 2017

| | |
|---|---|
| /s/ Sara F. Holladay-Tobias | /s/ Christopher W. Boss |
| Sara F. Holladay-Tobias | Christopher W. Boss, Esq. |
| (FL Bar No. 0026225) | Florida Bar No.: 13183 |
| C. H. Houston III (FL Bar No. 100268) | BOSS LAW |
| William L. Anderson (FL Bar No. 104872) | Email: cpservice@protectyourfuture.com |
| 50 N. Laura Street, Suite 3300 | 9887 Fourth Street North, Suite 202 |
| Jacksonville, Florida 32202 | St. Petersburg, Florida 33702 |
| (904) 798-3200 | Telephone: (727) 471-0039 |
| (904) 798-3207 (fax) | Facsimile: (727) 471-1206 |
| stobias@mcguirewoods.com | *Trial Counsel for Plaintiff* |
| hhouston@mcguirewoods.com | |
| wanderson@mcguirewoods.com | |
| flservice@mcguirewoods.com | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of May, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission

of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Christopher W. Boss
Christopher W. Boss (FBN 0013183)
