UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JENNIFER MCCAMBRIDGE,**

    Plaintiff,

v.                                                         **Case No: 8:16-cv-3367-T-35MAP**

**BANK OF AMERICA, N.A.,**

    Defendants.

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Joint Stipulation of Dismissal with Prejudice (Dkt. 38), and pursuant to Fed.R.Civ. P. 41, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE.**  Each party shall bear its own attorneys' fees and costs associated with this matter.  The **Clerk** is directed to **TERMINATE** any pending motions.

**DONE and ORDERED** in Tampa, Florida, this 23rd day of May, 2017.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party